# United States Court of Appeals for the Federal Circuit

---

February 24, 2011

**ERRATA**

---

2010-1145, -1177

---

**SIEMENS MEDICAL SOLUTIONS USA, INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**SAINT-GOBAIN CERAMICS & PLASTICS, INC.,**
*Defendant-Appellant.*

---

Decided February 24, 2011
Precedential Opinion

---

Please make the following changes:

Page 1, attorneys and firms represented

GREGG F. LOCASCIO, Kirkland & Ellis, LLP, of Washington, DC, argued for plaintiff-cross appellant. With him on the brief were JOHN C. O'QUINN, WILLIAM H. BURGESS, MICHAEL A. PEARSON, JR.; and ROBERT G. KRUPKA, of Los Angeles, California.

CARTER G. PHILLIPS, Sidley Austin LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were VIRGINIA A. SEITZ and JAMES C. OWENS. Of counsel on the brief was ARTHUR I. NEUSTADT, Oblon Spivak McClelland Maier & Neustadt, L.L.P., of Alexandria, Virginia.